NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
### DIVISION ONE

STATE OF ARIZONA, *Respondent*,

*v.*

PAUL PATRICK WAYNE CLOW, *Petitioner*.

No. 1 CA-CR 20-0332 PRPC
FILED 2-23-2021

Petition for Review from the Superior Court in Yavapai County
No.  P1300CR201401153
The Honorable Tina R. Ainley, Judge

**REVIEW GRANTED; RELIEF DENIED**

COUNSEL

Yavapai County Attorney's Office, Prescott
By Steven A. Young
*Counsel for Respondent*

Paul Clow, Florence
*Petitioner*

---

**MEMORANDUM DECISION**

Presiding Judge Paul J. McMurdie, Judge Cynthia J. Bailey, and Judge Lawrence F. Winthrop delivered the following decision.

---

**PER CURIAM**:

**¶1**          Petitioner Paul Clow seeks review of the superior court's order denying his petition for post-conviction relief, filed pursuant to Arizona Rule of Criminal Procedure 32.1. This is petitioner's first petition.

**¶2**          Absent an abuse of discretion or error of law, this court will not disturb a superior court's ruling on a petition for post-conviction relief. *State v. Gutierrez*, 229 Ariz. 573, 577, ¶ 19 (2012). It is the petitioner's burden to show that the superior court abused its discretion by denying the petition for post-conviction relief. *See State v. Poblete*, 227 Ariz. 537, 538, ¶ 1 (App. 2011) (petitioner has burden of establishing abuse of discretion on review).

**¶3**          We have reviewed the record in this matter, the superior court's order denying the petition for post-conviction relief, and the petition for review. We find the petitioner has not established an abuse of discretion.

**¶4**          We grant review but deny relief.



AMY M. WOOD • Clerk of the Court
FILED:    AA